In the Matter of CHARLES M. McGOVERN, Appellant, *v.* THOMAS J. PATTERSON, as Director of the Budget of the City of New York, et al., Respondents.

Argued May 18, 1948; decided June 11, 1948.

*David O. Kuh* for appellant.

*John P. McGrath, Corporation Counsel (Pauline K. Berger* and *Seymour B. Quel* of counsel), for respondents.

Order affirmed, without costs; no opinion.